COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Sabrenda T. Littles v. Riverwalk Council of Co-Owners, Inc.
                          and JDH Association Management Co.

Appellate case number:    01-16-00790-CV

Trial court case number:  2015-38134

Trial court:              165th District Court of Harris County

Appellant, Sabrenda T. Littles, has filed a notice of appeal from the trial court's final judgment signed on August 30, 2016. Appellees, Riverwalk Council of Co-Owners, Inc. and JDH Association Management Co., have filed a motion for extension of time to file their notice of appeal, requesting an extension to December 12, 2016. Littles has responded to the motion, asserting that appellees' motion is untimely.

Because Littles timely filed a motion to modify the trial court's judgment, a notice of appeal was due by November 28, 2016, or by December 13, 2016, with a fifteen-day extension. *See* TEX. R. APP. P. 26.1(a), 26.3. Littles filed her notice of appeal on October 4, 2016. Appellees then may have filed a notice of appeal within the applicable deadline under rule 26.1 or fourteen days after the first filed notice of appeal "whichever is later." *Id.* 26.1(d). Accordingly, appellees' notice of appeal was due no later than November 28, 2016, and, their motion, filed within the fifteen-day extension period, was timely. *See id.* 26.3.

We **grant** appellees' motion and extend the time for filing their notice of appeal to December 12, 2016.

It is so ORDERED.

Judge's signature: _/s/ Terry Jennings
                   ☒ Acting individually

Date: December 8, 2016